UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KIMBERLY ANN FREEMAN,         ) | CASE NO. 1:24-cv-02243 |
|    Plaintiff,                              ) | JUDGE JOHN R. ADAMS |
| -vs-                                             ) | |
|                                                       ) | MEMORANDUM OF OPINION |
|                                                       ) | AND ORDER |
| COMMISSIONER OF SOCIAL   ) | |
| SECURITY,                                 ) | |
|    Defendant.                           ) | |

The Social Security Administration denied Plaintiff's application for Social Security Disability Insurance Benefits. Plaintiff sought judicial review of the Commissioner's decision, and this Court referred the case to the Magistrate Judge for preparation of a report and recommendation pursuant to 28 U.S.C. 636 and Local Rule 72.2(b)(1). The Magistrate Judge submitted a report and recommendation recommending that the Court REVERSE the Commissioner's decision and REMAND for additional proceedings. Doc. 13.

Fed. R. Civ. P. 72(b) provides that the parties may object to a report and recommendation within 14 days after service. The Commissioner filed a response to the R&R indicating it does not object. Doc. 14. Thus, any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted. This Court REVERSES the Commissioner's decision and REMANDS for additional proceedings consistent with the R&R.

IT IS SO ORDERED. Dated:

  September 29, 2025                               */s/ John R. Adams*
                                                              UNITED STATES DISTRICT JUDGE